# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

James D. Thomas,

    Plaintiff,

    v.                        Case No. 2:07cv746

Central Parking Systems of Ohio, Inc.     Judge Michael H. Watson

    Defendant.

## OPINION AND ORDER

Before the Court is Magistrate Judge Abel's June 20, 2008 Order (Doc. 15).

The parties were given proper notice, pursuant to 28 U.S.C. § 636(b)(1)(C), including notice the parties would waive further appeal if they failed to file objections to the Order in a timely manner. See *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). To date, no objections to the Order were filed.

Upon *de novo* review of this matter, pursuant to 28 U.S.C. §636, the Court finds no error in the Order. Thus, the Order (Doc. 15) is hereby **ADOPTED.** Accordingly, the November 13, 2007 Motion of Plaintiff for Default (Doc. 10) is here **DENIED.**.

**IT IS SO ORDERED.**

                                */s/ Michael H. Watson*

                                **Michael H. Watson, Judge**
                                **United States District Court**